CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

JUN 15 2010

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL R. BOITNOTT, | ) | |
| | ) | Civil Action No. 7:06-CV-00330 |
| Plaintiff, | ) | |
| | ) | **FINAL ORDER** |
| v. | ) | |
| | ) | |
| CORNING INC., | ) | By: Hon. James C. Turk |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying Memorandum Opinion, it is hereby

**ADJUDGED AND ORDERED**

that Defendant's Motion for Summary Judgment (Dkt. No. 50) is hereby **GRANTED**. Plaintiff's Motions to Strike (Dkt. Nos. 54, 67) are both **GRANTED in part** and **DENIED in part**.

The Clerk of Court is directed to send a copy of this Order to all counsel of record in this matter.

ENTER: This 15th day of June, 2010.

/s/ James C. Turk
Hon. James C. Turk
Senior United States District Judge